IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL NO.   13-75-JPG-DGW |
| | : | |
| MISCELLANEOUS FIREARMS AND AMMUNITION, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## JUDGMENT AND DECREE FOR FORFEITURE

A default having been entered as to James A. Galli, and all interested parties in the above case on the 9th day of April, 2013, [Doc. 8] all in accordance with Rule 55 of the Federal Rules of Civil Procedure, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion with me as to the requested relief;

On the 23rd day of January, 2013, a Verified Complaint for Forfeiture against the defendants, more further described as:

**One Glock GMBH 17, 9mm pistol, bearing serial number AFF184US;**

**16 rounds of assorted 9mm ammunition;**

**One unknown manufacturer, unknown caliber rifle, bearing serial number 3544075;**

**One Remington Arms Company, Inc., 12 gauge 870 shotgun, bearing serial number S302144V;**

**One Ruger 10/22, .22 caliber rifle, bearing serial number 357-53083;**

**1860 rounds of assorted ammunition;**

**2043 rounds of assorted ammunition;**

**356 rounds of assorted ammunition; and**

**One Norinco (North China Industries) MAK 90 7.62mm Sporter rifle,**

**bearing serial number 9338504**

was filed on behalf of the plaintiff, United States of America. The Complaint alleges that the property constitutes firearms involved in or used in a knowing violation of 18 U.S.C. § 922(g)(3).

It appearing that process was fully issued in this action and returned according to law;

That pursuant to a warrant of arrest issued by this Court, the Bureau of Alcohol, Tobacco, Firearms and Explosives for this District seized the property on February 19, 2013;

That notice of this action was also published on an official government website (www.forfeiture.gov) for at least 30 consecutive days, beginning January 27, 2013.

That James A. Galli and all interested parties were defaulted on the 9th day of April, 2013, [Doc. 8];

Now, therefore, on motion of the plaintiff, United States of America, for a Judgment and Decree of Forfeiture, the property, more further described as:

**One Glock GMBH 17, 9mm pistol, bearing serial number AFF184US;**

**16 rounds of assorted 9mm ammunition;**

**One unknown manufacturer, unknown caliber rifle, bearing serial number 3544075;**

**One Remington Arms Company, Inc., 12 gauge 870 shotgun, bearing serial number S302144V;**

**One Ruger 10/22, .22 caliber rifle, bearing serial number 357-53083;**

**1860 rounds of assorted ammunition;**

**2043 rounds of assorted ammunition;**

**356 rounds of assorted ammunition; and**

**One Norinco (North China Industries) MAK 90 7.62mm Sporter rifle, bearing serial number 9338504**

is hereby ordered forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.   The defendant property shall be disposed of according to law by the United States Marshal or the property custodian for the Bureau of Alcohol, Tobacco, Firearms and Explosives.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiff, United States of America, and against the defendant as described above.

**DATE:** April 22, 2013

                                s/ J. Phil Gilbert
                                **J. PHIL GILBERT**
                                **United States District Court Judge**